IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-272-BO

JEANETTE BURNS,                    )
                                   )
              Plaintiff,           )
                                   )
     v.                            )         ORDER OF REMAND
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of                    )
Social Security                    )
                                   )
              Defendant.           )
_____)

This matter is before the court on Defendant's Motion for
Remand to the Commissioner. Plaintiff's counsel has indicated
that he does not oppose the Government's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses
the Commissioner's decision under sentence four of 42 U.S.C. §
405(g) and § 1383(c)(3) and remands the case to the Commissioner
for further proceedings. See Shalala v. Schaefer, 509 U.S. 292
(1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, Plaintiff shall be allowed further
administrative proceedings before an administrative law judge
for, among other things, reevaluating the severity of Plaintiff's
alleged impairments. The Clerk of Court is directed to enter a
separate judgment pursuant to Rule 58 of the Federal Rules of
Civil Procedure.

SO ORDERED this _17_ day of October, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE